KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7959
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada 89509
Telephone: 775.322.1237
Facsimile:  775.996.7290
kevin@darbylawpractice.com
tricia@darbylawpractice.com

Attorneys for Debtor/Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.:    BK-N-25-50581-hlb |
| | Chapter 11 Subchapter V |
| 11 7 TAMBAYAN INC, | **RESOLUTION OF DIRECTOR OF 11 7 TAMBAYAN INC** |
| Debtor. | |
| _____/ | |

Resolution of Board of Directors
of
11 7 TAMBAYAN INC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **ANTHONY C. ALTEZ, PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **ANTHONY C. ALTEZ, PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **ANTHONY C. ALTEZ, PRESIDENT** of this Corporation is authorized and directed to employ **KEVIN A DARBY 7670**, attorney and the law firm of **DARBY LAW PRACTICE** to represent the corporation in such bankruptcy case.

Date  June 25, 2025                              Signed _____

Date  June 25, 2025                              Signed _____

**United States Bankruptcy Court**
District of Nevada

In re: **11 7 TAMBAYAN INC** Debtor(s)

Case No. _____
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **ANTHONY C. ALTEZ**, declare under penalty of perjury that I am the **PRESIDENT** of **11 7 TAMBAYAN INC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **25th** day of **June**, 20**25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **ANTHONY C. ALTEZ, PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **ANTHONY C. ALTEZ, PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **ANTHONY C. ALTEZ, PRESIDENT** of this Corporation is authorized and directed to employ **KEVIN A DARBY 7670**, attorney and the law firm of **DARBY LAW PRACTICE** to represent the corporation in such bankruptcy case."

Date **June 25, 2025**

Signed /s/ **ANTHONY C. ALTEZ**
ANTHONY C. ALTEZ